**E-Filed 2/6/09**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAISY QUESADA,<br><br>            Plaintiff,<br><br>    v.<br><br>NDEX WEST, LLC, et al.,<br><br>            Defendants. | Case Number C 08-5668 JF (HRL)<br><br>ORDER VACATING MOTION TO DISMISS AS MOOT<br><br>[re: doc. no. 5] |

    Plaintiff filed the complaint in the instant action on October 29, 2008 in the Santa Clara Superior Court.  Defendants removed the action on December 18, 2008, and filed a motion to dismiss on December 29, 2008.  Plaintiff filed an amended complaint on January 30, 2009.

    Pursuant to Federal Rule of Civil Procedure 15(a), "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  A motion to dismiss does not constitute a responsive pleading within the meaning of Rule 15(a); Plaintiff thus does not need leave of court to file an amended complaint.  *See Crum v. Circus Circus Enterprises*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000).  Accordingly, the pending motion to dismiss will be vacated as moot.

**ORDER**

Defendants' motion to dismiss filed December 29, 2008 is VACATED AS MOOT.

DATED: 2/6/09

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

3  John M. Sorich jsorich@adorno.com

4  Reuben Lagbao Nocos rlnocos@nocoslaw.com

5  Sung-Min Christopher Yoo cyoo@adorno.com, vdelgado@asands.com

3

Case No. C 08-5668 JF (HRL)
ORDER VACATING MOTION TO DISMISS AS MOOT
(JFLC2)